UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **OMONIYI AFOLABI,** | **CIVIL ACTION** |
| **versus** | **NO. 04-399** |
| **ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND et al** | **SECTION "C" (4)** |

### ORDER

Before the Court is Defendants' Motion to Dismiss, with prejudice, under Fed. R. Civ. P. 41(b) for failure to prosecute claims asserted over one year ago. (Rec. Doc. 15). This matter was set for hearing on July 20, 2005, with Plaintiff's Opposition due on July 12. Since then, the undersigned attempted to contact by telephone both attorneys of record for the Plaintiff, Dan Nelson Taylor and Tracie Washington, to inquire about any forthcoming opposition to the pending motion. There was no response from either counsel. Accordingly,

IT IS ORDERED that Defendants' Motion be GRANTED as unopposed, DISMISSING WITH PREJUDICE all Plaintiff's claims pending in the above-captioned matter.

New Orleans, Louisiana, this 29th day of July, 2005.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE